# SAMUEL I. WHITE, P.C.

**ATTORNEYS AND COUNSELORS AT LAW**
**5040 CORPORATE WOODS DRIVE**
**SUITE 120**
**VIRGINIA BEACH, VIRGINIA 23462**
**TELEPHONE (757) 490-9284**
**FACSIMILE (757) 490-8143**

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA&WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. HARRIS (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN†
JASON L. HAMLIN
CHRISTOPHER L.WALKER
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
JOHN E. DRISCOLL, III (MD)††
ROSALIE K. DOGGETT
NINA AQUILINA†
JOSHUA A. MOGER†
SARA K. TURNER
AMY J. HAYNIE (WV) ††††

†1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street  Suite 311
MORGANTOWN,WV 26505
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

February 6, 2008

Michael Christopher Dean
Meredith Morris Dean
103 Constitution Way
Forest, VA 24551-2011

RE:   Michael Christopher Dean
      Meredith Morris Dean
      (Countrywide Home Loans)
      File #:  9895-07
      Loan #:  xxxx1644
      Case #:08-60031-WA1-13

Dear Mr. Dean:

Please be advised that effective March 1, 2008, your post-petition monthly mortgage payment will be $1019.51.

If you have any questions, please contact your mortgage company directly.

Very truly yours,

**SAMUEL I. WHITE, P.C.**

**/s/ Eric David White, Esquire**
Attorney at Law

/kmw
cc:    file

# **NOTICE**

**Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector, attempting to collect the indebtedness referred to herein, and any information we obtain from you will be used for that purpose.**